IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO HORSEMEN'S ASSOCIATION,

    Plaintiff,

v.                                                                      Civ. No. 21-592 JHR/KK

SAM BREGMAN, *et al*.,

    Defendants.

## ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE AND ASSOCIATED DEADLINE

THIS MATTER is before the Court sua sponte on review of the docket. The parties filed a Joint Status Report and Provisional Discovery Plan on August 31, 2021. (Doc. 16.) On September 2, 2021, the Court found good cause to delay entry of a Rule 16 scheduling order (Doc. 22), and on December 7, 2021, the Court stayed discovery in this matter (Doc. 39) pending resolution of Defendants' Motion to Dismiss All Federal Claims (Counts 1, 2, 3 & 4) and for Qualified Immunity, in which they asserted a qualified immunity defense (the "Motion to Dismiss"). (Doc. 17.)

On October 27, 2022, United States Magistrate Judge Jerry H. Ritter, presiding by consent (Doc. 26), granted in part and denied in part Defendants' Motion to Dismiss. (Doc. 41.) Specifically, Judge Ritter dismissed "all federal claims in their entirety for failure to state a claim upon which relief can be granted, except for [Plaintiff's claims based on] retaliation under the First Amendment [and] dismisse[d Plaintiff's] retaliation claim against all individual Defendants based on qualified immunity." (*Id.*) The Court denied the Motion to Dismiss as to Plaintiff's claim against the Commission for retaliation based on the First Amendment. (*Id.*)

IT IS THEREFORE ORDERED as follows:

1. The parties must file an amended Joint Status Report and Provisional Discovery Plan setting forth any agreed-upon or competing revised proposed case management deadlines no later than **November 7, 2022**; and,

2. The Court will hold a Scheduling Conference **by telephone** on **Monday, November 14, 2022, at 9:30 a.m. MST**. Counsel are to call the Court's AT&T conference line at (877) 848-7030 and enter the code 7324132 to connect to the proceedings. At the conference, the Court will set case management deadlines. Lead counsel must participate unless excused by the Court. Parties need not attend.

IT IS SO ORDERED.

_Kirtan Khalsa_
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE